AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 14 2016
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Plattsburgh

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| TYLEEK DERAMUS | ) | Case No. 8:16-MJ-515 (GLF) |
| | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 13, 2016 in the county of Clinton in the Northern District of New York the defendant, TYLEEK DERAMUS violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | In that the defendant knowingly and intentionally possessed with intent to distribute, cocaine-base, a schedule II controlled substance. |
| 21 U.S.C. § 841(b)(1)(C) | |

This criminal complaint is based on these facts:
See attached affidavit.

☒  Continued on the attached sheet.

_Complainant's signature_
Inv. Marc J. Felio, Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: OCT. 14, 2016

_Judge's signature_
Hon. Gary L. Favro, U.S. Magistrate Judge
_Printed name and title_

City and State: Plattsburgh, NY

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF NEW YORK        )
COUNTY OF CLINTON        )    SS:
CITY OF PLATTSBURGH      )

I, Marc J. Felio, Task Force Officer with the Drug Enforcement Administration ("DEA"), being duly sworn, depose and state that:

1. I am an Investigator with the New York State Police assigned to the Troop "B" Narcotics Enforcement Unit and I am a deputized Task Force Officer with the Drug Enforcement Administration. I have been a member of the New York State Police since August 16, 2007 and have been assigned to the Bureau of Criminal Investigations since August 13, 2015. Upon entry to the State Police I attended and completed a 6 month residential academy in Albany, New York. During my career I have been involved in numerous investigations involving the unlawful possession of, as well as the sale of many illegal controlled substances. I have investigated and assisted in prosecution of numerous felony and misdemeanor investigations. I have also investigated numerous cases involving Criminal Possession of a Controlled Substance, Criminal Sale of a Controlled Substance as well as violations of Title 21 of the United States Code. I have been trained in

investigative skills by the New York State Police, numerous local, state and federal law enforcement agencies.

2. On October 13, 2016, New York State Trooper Matthew Ross initiated a vehicle and traffic stop on a 2006 Chrysler Van bearing New York passenger registration 12673TY (a taxi for Northern Taxi Service) in Clinton County, New York. The vehicle was stopped for violating section 1131 of the Vehicle and Traffic Law of the State of New York; Driving on the Shoulder of a Controlled Access Highway. Trooper Ross approached the passenger's side of the vehicle, introduced himself and informed the operator the reason for the vehicle and traffic stop. The driver identified himself as Dillon K. DAVID, with a New York State Driver's License. The taxi cab had a single male passenger in the center of the rear seat. The passenger appeared to be sleeping. DAVID informed Trooper Ross that he was taking the taxi fare to Witherbee, NY. While Trooper Ross was speaking with DAVID, Trooper Ross observed the passenger open his eyes and look up. Trooper Ross asked the passenger where he was heading to. The passenger stated that he was traveling to Witherbee to visit his aunt and that he just came from the bus station. Trooper Ross asked the passenger for identification and the passenger removed his wallet from a book bag near to him. The passenger then voluntarily stated he worked at UPS and informed Trooper Ross he was getting

temporarily transferred here. The passenger produced a UPS identification card and a James Baldwin School Identification card, identifying himself as Tyleek DERAMUS.

3. Trooper Ross asked DERAMUS to exit the vehicle. Outside of the vehicle, Trooper Ross asked DERAMUS about his employment at UPS. DERAMUS stated he was a package handler, primarily loading and unloading delivery trucks. Trooper Ross then asked DERAMUS where he was transferring. DERAMUS pulled out his phone and began Google searching UPS and Witherbee. While doing so, Trooper Ross observed an iMessage on DERAMUS's phone appearing to say something similar to 'stay calm'. DERAMUS was shaking uncontrollable and having difficulty using his phone. DERAMUS noticed his shaking and informed Trooper Ross he was very nervous. DERAMUS then stated he was here to visit his aunt, Christine, who lives in Witherbee. DERAMUS also stated UPS was temporarily transferring him from Manhattan to Witherbee for the holiday season because of the increase in package deliveries. Trooper Ross asked DERAMUS if he was sure he was transferring to Witherbee, because Trooper Ross did not believe Witherbee had a UPS hub. DERAMUS stated he was positive it was Witherbee and that there was a plant near his aunt's house. While speaking with DERAMUS, Trooper Ross observed a bulge in the lower portion of DERAMUS's right hand side sweat pant pocket. Trooper Ross asked DERAMUS if he could pat him

down for any weapons. DERAMUS consented. While DERAMUS was moving, Trooper Ross could hear the crunching of plastic in his pocket. Trooper Ross inquired about the large bulge was in his pocket and why it sounded like crinkling plastic. DERAMUS stated it was something he found on the bus. DERAMUS then stated he wanted to be honest and stated it's drugs.

4. Trooper Ross observed DERAMUS to be looking around the area as if he was contemplating fleeing. Trooper Ross handcuffed DERAMUS. Trooper Ross then asked DERAMUS if he could remove the drugs from his pocket. DERAMUS stated yes. Trooper Ross then removed a plastic bag containing a quantity of white chunky substance; appearing to be crack cocaine. The plastic bag contained a heat sealed bag, containing a plastic baggy containing a large quantity of individually wrapped tie-offs of the white chunky substance.

5. DERAMUS and the drugs were transported to the New York State Police barracks in Plattsburgh, NY. On the way, DERAMUS stated to Trooper Stephanie Grimaldi, "I should have never picked it up. I have to man up and take the consequences. I know it's not good. It's not good, I have a baby on the way you know." Upon arrival at SP Plattsburgh, the suspected crack-cocaine was weighed and field tested by Trooper Ross. The suspected crack-cocaine field tested positive for cocaine base

and the weight was found to be approximately 47.7 grams, inclusive of the inner most plastic packaging.

Marc J. Felio
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed to before me this 14th day of October, 2016

Hon. Gary L. Favro
United States Magistrate Judge
Northern District of New York